AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8  A 11: 44

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ROBERT DEWITT BAILEY, ) | |
| Petitioner, ) | CIVIL ACTION NO.: CV205-122 |
| v. ) | |
| UNITED STATES OF AMERICA, ) | (Case No.: CR298-53) |
| Respondent. ) | |

## ORDER

Petitioner has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Petitioner's Motion to Withdraw is hereby **GRANTED**. Petitioner's *habeas corpus* action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 8th day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA