UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 11 A 11: 43

CLERK
DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| | ) |
| v | )  CR298-00053-001 |
| | ) |
| Robert Dewitt Bailey | ) |

### ORDER

The Court, having reviewed the above-named defendant's motion for a judicial recommendation for placement in a community confinement center for a period of four (4) months, hereby denies said motion based on the Bureau of Prisons' policy concerning an inmates Privilege Preparation Date, formerly known as good time. According to this policy, the defendant is not eligible for placement in a community confinement center until December 13, 2005. The Court finds no compelling issues that would warrant a judicial recommendation to the Bureau of Prisons to amend its policy regarding Privilege Preparation Date as to this defendant.

SO ORDERED, this 11th day of October, 2005.

_____
Judge, U.S. District Court